FILED
APR 0 6 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC INC., | No. C05-04047 MJJ |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| JAVIER MENDEZ, | |
| Defendant. | |

Pending before the Court is Plaintiff's Motion for Default Judgment against Defendants Javier Mendez and Michelle Khanbabian, ("Defendants") doing business as B Street Billiards. (Docket No. 11). This motion was unopposed by Defendants. On March 22, 2006, Magistrate Judge Elizabeth Laporte issued a report and Recommendation ("R&R") (Docket No. 26). Defendants filed no objections to the R&R. The Court hereby **ADOPTS** the R&R, and **GRANTS** Plaintiff's Motion for default judgment in the amount of $36,904.97 and issues a permanent injunction restraining future copyright infringement.

**IT IS SO ORDERED.**

Dated: April 6, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE